UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-10987

FLAGSTAR BANCORP., INC.,
            Plaintiff(s),

-v-

FBC MORTGAGE, LLC,
            Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on April 5, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter

jurisdiction and the Defendant having filed a response to the Order, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject

matter jurisdiction  be and the same is hereby SET ASIDE.

s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  April 5, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on April 5, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager