UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

FLAGSTAR BANK, FSB,

    Plaintiff,                                       Case No. 10-cv-10987

v                                                Hon. Patrick J. Duggan
                                                 Magistrate Judge Michael Hluchaniuk

FBC MORTGAGE, LLC.

    Defendant.

| RICHARD E. SEGAL & ASSOCIATES | DICKINSON WRIGHT PLLC |
|---|---|
| Richard E. Segal (P33107) | J. Benjamin Dolan (P47839) |
| Todd W. Grant (P45531) | **Attorney for FBC Mortgage** |
| **Attorneys for Plaintiff** | 38525 Woodward Avenue, Suite 2000 |
| 6230 Orchard Lake Road, Suite 294 | Bloomfield Hills, MI 48304-5092 |
| West Bloomfield, MI 48322 | (248) 433-7259 |
| (248) 855-4880 | (248) 433-7274 Facsimile |
| (248) 855-4752 Facsimile | bdolan@dickinson-wright.com |
| Rsegalatty@aol.com | mcook@dickinson-wright.com |
| Tgrantatty@aol.com | |

**STIPULATED ORDER OF DISMISSAL
WITHOUT PREJUDICE AND WITHOUT COSTS**

At a session of said Court, held in the
City of Detroit, State of Michigan, on
January 20, 2011.

**HONORABLE:** PATRICK J. DUGGAN
                            U.S. District Court Judge

The parties hereto having consented to the entry of this Order, as evidenced by the signatures of their counsel below and the Court being otherwise fully advised;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-captioned action is DISMISSED without prejudice and without costs. This Order may be set aside in the event of a default under the parties' settlement agreement. Upon satisfaction of defendant's obligations under the settlement agreement, this action shall be deemed to be dismissed <u>with</u> prejudice.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge

Dated: January 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 20, 2011, by electronic and/or ordinary mail.

> s/Marilyn Orem
> Case Manager

**STIPULATION TO ENTRY:**

| | |
|---|---|
| */s/ Richard E. Segal* | */s/ J. Benjamin Dolan* |
| Richard E. Segal (P33107) | J. Benjamin Dolan (P47839) |
| **Attorney for Flagstar Bank, FSB** | **Attorney for FBC Mortgage, LLC** |